IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLOTTE SWEARINGEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:05CV3079 ) |
| JO ANNE B. BARNHART, Commissioner, Social Security Admin., | ) ) ) ORDER ) |
| Defendant. | ) |

In accord with the Defendant's request (filing #6) and for good cause shown,

IT IS ORDERED:

1. Filing #5, Defendant's Motion to Remand, is hereby withdrawn; and

2. Defendant is given until the 22nd of September, 2005, in which to file her Answer in this matter.

DATED this 15th day of September, 2005.

s/Laurie Smith Camp
United States District Judge