# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLOTTE J. SWEARINGEN,** | ) | **CASE NO. 4:05CV3079** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **AMENDED ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Extend the Briefing Deadline, Filing No. 11.

IT IS ORDERED:

1.    The Plaintiff's Motion to extend time to file a brief is granted.

2.    The Plaintiff shall file and serve a brief on or before **November 21, 2005**;

3.    The Defendant shall file and serve a brief on or before **December 21, 2005**;

4.    This case will be ripe for decision on **December 22, 2005**; and

5.    Each party shall, in addition to electronically filing and serving its brief, also e-mail its brief to chambers, preferably in WordPerfect format, at the following e-mail address: smithcamp@ned.uscourts.gov.


DATED this 20th day of October, 2005

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge