IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLOTTE SWEARINGEN, ) | Case No. 4:05CV3079 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security Admin., ) | |
| ) | |
| Defendant. ) | |

Having reviewed the Defendant's unopposed motion to extend the time to respond to the Plaintiff's brief (Filing No. 14),

IT IS ORDERED:

1. The Defendant's motion to extend the time to respond to the Plaintiff's brief (Filing No. 14) is granted; and

2. The Defendant shall filed a responsive brief on or before January 20, 2006.

DATED this 23rd day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge