IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLOTTE SWEARINGEN,** ) | Case No. 4:05CV3079 |
| ) | |
| **Plaintiff,** ) | |
| ) | ORDER |
| v. ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner, Social Security Admin.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Plaintiff's motion to withdraw (Filing No. 21) the previously filed motion for attorney fees (Filing No. 20) so that the motion might be properly resubmitted.

IT IS ORDERED:

1. The Plaintiff's motion to withdraw (Filing No. 21) is granted; and

2. The Plaintiff's motion for attorney fees (Filing No. 20) is withdrawn.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge