IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLOTTE SWEARINGEN,** ) | Case No. 4:05CV3079 |
| ) | |
| **Plaintiff,** ) | |
| ) | ORDER |
| v. ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner, Social Security Admin.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Plaintiff's motion to withdraw (Filing No. 25) what the Plaintiff describes as the previously filed motion for attorney fees at Filing No. 24 so that the motion might be properly resubmitted.

The motion for attorney fees is at Filing No. 23, and the supporting affidavit is at Filing No. 24. Both documents will be withdrawn.

IT IS ORDERED:

1. The Plaintiff's motion to withdraw (Filing No. 25) is granted;

2. The Plaintiff's motion for attorney fees (Filing No. 23) is withdrawn; and

3. The affidavit (Filing No. 24) is withdrawn.

DATED this 14th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge